April 14, 1944.

ROBERTS, by Guardian, Appellant, vs. ROBERTS, Respondent.

For the appellant: *Vilas H. Whaley* and *Eugene L. Haley,* both of Racine.

For the respondent: *Beck, Heft & DuRocher* of Racine.

*By the Court.*—Judgment affirmed.

ESTATE OF RADOMSKI: RADOMSKI and another, Proponents, Appellants, vs. RADOMSKI and others, Contestants, Respondents.

For the appellants: *Hale & Skemp* and *Gordon, Law, Brody & Johns,* all of La Crosse.

For the respondents: *C. E. Fugina* and *La Vern G. Kostner,* both of Arcadia.

*By the Court.*—Judgment affirmed.

ESTATE OF OBERST: LANGER and another, Contestants, Appellants, vs. BYDALEK and others, Proponents, Respondents.

For the appellants: JOSEPH E. HIGGINS of Kenosha.

For the respondents: JOSEPH L. GOTTSCHLICH, attorney, and *Vaudreuil & Vaudreuil* of counsel, all of Kenosha.

*By the Court.*—Order affirmed.